IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GOLDEN GATE NATIONAL SENIOR CARE LLC, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:10CV00554 SWW |
| J. SCOTT DAVIDSON and THOMAS G. BUCHANAN, | * * | |
| Defendants. | * | |

### Order of Dismissal

Pursuant to the stipulation of dismissal filed by the parties stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 9th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE